No. 783. CONNECTICUT MUTUAL LIFE INSURANCE CO. *v.* SPERBER; and
No. 784. NEW YORK LIFE INSURANCE CO. *v.* SPERBER.

April 10, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James C. Jones, Jr.* for petitioners. *Mr. Bert E. Strubinger* for respondent.